1  GLAZIER YEE LLLP
   GUY P. GLAZIER, SBN 162628
2  LAURA PATRICIA YEE, SBN 163944
   BRIAN T. CLARK, SBN 184003
3  201 Spear Street, Suite 1520
   San Francisco, California 94105
4  Telephone:   (415) 356-1100
   Facsimile:    (415) 356-1105
5  Email:        clark @glazieryee.com

6  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  NORVIN SUNDEEN,                    CASE NO.  3:12-cv-01578-MMC

12            Plaintiff,               The Honorable Maxine M. Chesney

13      v.                             **STIPULATION ~~AND ORDER TO~~ DISMISS
                                       LOCKHEED MARTIN CORPORATION**
14
                                       **AND ORDER THEREON**
15  B.F. GOODRICH COMPANY, et al.

            Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

GLAZIER
YEE LLLP
─────────────────────────────────────────────
                                    STIPULATION AND ORDER TO
                                    DISMISS WITHOUT PREJUDICE

1    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff NORVIN

2    SUNDEEN and Defendant LOCKHEED MARTIN CORPORATION, by and through their counsel

3    of record, that the above-captioned action shall be, and hereby is, dismissed without prejudice as to

4    LOCKHEED MARTIN CORPORATION only, pursuant to Federal Rule of Civil Procedure 41(a).

5
     Each party shall each bear their own costs.
6

7    Dated:  May 10, 2012                    NAPOLI BERN RIPKA SHKOLNIK
                                             & ASSOCIATES LLP
8

9
                                            By: _____
10                                              Conor R. Nideffer
                                                Attorneys for Plaintiff
11                                              NORVIN SUNDEEN

12

13   Dated:  May 10, 2012                    GLAZIER YEE LLLP

14

15                                           By: _____
                                                Brian T. Clark, SBN 184003
16                                              Attorneys for Defendant
                                                LOCKHEED MARTIN CORPORATION
17

18

19
            **PURSUANT TO STIPULATION**, it is so ordered that LOCKHEED MARTIN
20
     CORPORATION is dismissed without prejudice.  Each party is to bear its own costs.
21

22

23   Dated: __May 14, 2012__                 _____
                                             Honorable Maxine M. Chesney
24

25

26

27

28

GLAZIER
YEE LLLP

                                                          STIPULATION AND ORDER TO
                                                          DISMISS WITHOUT PREJUDICE