GLAZIER YEE LLLP
GUY P. GLAZIER, SBN 162628
LAURA PATRICIA YEE, SBN 163944
BRIAN T. CLARK, SBN 184003
201 Spear Street, Suite 1520
San Francisco, California 94105
Telephone: (415) 356-1100
Facsimile: (415) 356-1105
Email: clark@glazieryee.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORVIN SUNDEEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>B.F. GOODRICH COMPANY, et al.<br><br>　　　　　Defendants. | CASE NO. 3:12-cv-01578-MMC<br><br>The Honorable Maxine M. Chesney<br><br>**STIPULATION ~~AND ORDER TO~~ DISMISS LOCKHEED MARTIN CORPORATION AND ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff NORVIN SUNDEEN and Defendant LOCKHEED MARTIN CORPORATION, by and through their counsel of record, that the above-captioned action shall be, and hereby is, dismissed without prejudice as to LOCKHEED MARTIN CORPORATION only, pursuant to Federal Rule of Civil Procedure 41(a). Each party shall each bear their own costs.

Dated: May 10, 2012

NAPOLI BERN RIPKA SHKOLNIK
& ASSOCIATES LLP

By: _____
Conor R. Nideffer
Attorneys for Plaintiff
NORVIN SUNDEEN

Dated: May 10, 2012

GLAZIER YEE LLLP

By: _____
Brian T. Clark, SBN 184003
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

**PURSUANT TO STIPULATION**, it is so ordered that LOCKHEED MARTIN CORPORATION is dismissed without prejudice. Each party is to bear its own costs.

Dated: May 14, 2012

_____
Honorable Maxine M. Chesney

STIPULATION AND ORDER TO
DISMISS WITHOUT PREJUDICE