ETHAN A. HORN, ESQ. (SBN 190296)
CONOR R. NIDEFFER, ESQ. (SBN 253931)
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP**
111 Corporate Drive, Suite 225
Ladera Ranch, California 92694
Telephone: (949) 234-6032
Facsimile: (949) 429-0892

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORVIN SUNDEEN,<br>Plaintiff,<br>vs.<br>BF GOODRICH COMPANY, et al.<br>Defendants | CASE NO. 3:12-cv-01578-MMC<br>Hon. Maxine M. Chesney<br>**STIPULATION ~~AND ORDER~~ TO DISMISS DEFENDANTS NORTHROP GRUMMAN SYSTEMS CORPORATION AND THE BOEING COMPANY AND REMAND CASE TO CALIFORNIA SUPERIOR COURT**<br>**AND ORDER THEREON** |

Comes now Plaintiff NORVIN SUNDEEN ("Plaintiff") and Defendants NORTHROP GRUMMAN SYSTEMS CORPORATION (erroneously sued as Northrop Grumman Corporation) ("Northrop Grumman") and THE BOEING COMPANY, individually and as successor by merger to McDonnell Douglas Corporation (erroneously sued as "Boeing Co." and "McDonnell Douglas Corp. (a/k/a/ Boeing Co.)") ("Boeing"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant Northrop Grumman removed this case to the United States District Court for the Northern District of California on March 29, 2012, on the

grounds that the Court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a)(1).; and

WHEREAS, Boeing filed its joinder to said removal on March 30, 2012, and asserted its own independent grounds for removal based on "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a)(1).

WHEREAS, Plaintiff and Defendants Northrop Grumman and Boeing, the affected parties, have now agreed that Plaintiff will dismiss Northrop Grumman and Boeing from this action without prejudice; and

WHEREAS, Defendants Northrop Grumman and Boeing's desire for a federal forum for this action is now moot given the dismissal without prejudice of Plaintiff's claims against it; and

WHEREAS, Plaintiff's willingness to stipulate to the dismissal without prejudice of this action against Northrop Grumman and Boeing is conditioned upon the remand of this case in its entirety to the Superior Court of the State of California, County of Alameda; and the willingness of Northrop Grumman and Boeing to stipulate to the remand of this action to state court is conditioned upon the dismissal without prejudice of all of Plaintiff's claims against them.

WHEREAS, pursuant to this resolution of the parties, Plaintiff and Defendants Northrop Grumman and Boeing seek to have this action remanded to state court;

IT IS HEREBY STIPULATED by the affected partied, Plaintiff and Defendants Northrop Grumman and Boeing, that the claims against Defendants Northrop Grumman and Boeing shall be, and hereby are, dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED among Plaintiff and Defendants Northrop Grumman and Boeingthat, upon the dismissal of Northrop Grumman and Boeing, this action shall be and hereby is immediately remanded to the Superior Court of the State of

California for Alameda County, Case No. RG12618605, the court in which it was originally filed and from which it was removed.

Dated: May 10, 2012

NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP

By: ______________________
Conor R. Nideffer
Attorney for Plaintiff

Dated: May 10, 2012

TUCKER ELLIS LLP

By: ______________________
Daniel J. Kelly
John K. Son
Attorney for Defendant NORTHROP GRUMMAN SYSTEMS CORPORATION

Dated: May 10, 2012

BRYAN CAVE LLP

By: ______________________
James C. Pettis
Attorney for Defendant THE BOEING COMPANY

-3-

STIPULATION AND ORDER TO DISMISS DEFENDANTS NORTHROP GRUMMAN SYSTEMS CORPORATION AND THE BOEING COMPANY AND REMAND CASE TO CALIFORNIA SUPERIOR COURT

**[~~PROPOSED~~ ORDER]**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. Defendants Northrop Grumman Systems Corporation and The Boeing Company are dismissed without prejudice and this case is REMANDED to the Superior Court of the State of California for Alameda County, Case No. RG12618605. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of the State of California for Alameda County. **THE CLERK SHALL CLOSE THE FILE.**

Dated: May 15, 2012

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT